# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ARNSWALD, JON M                           § Case No. 13-83944
      ARNSWALD, ROSE A                         §
                                                 §
Debtor(s)                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $304,200.00                    Assets Exempt: $43,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,229.61       Claims Discharged
                                                 Without Payment: $10,682.00

Total Expenses of Administration: $2,213.24

---

    3) Total gross receipts of $ 9,442.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,442.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 442.00 | 2,213.24 | 2,213.24 | 2,213.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 17,911.61 | 17,911.61 | 7,229.61 |
| **TOTAL DISBURSEMENTS** | $442.00 | $20,124.85 | $20,124.85 | $9,442.85 |

4) This case was originally filed under Chapter 7 on November 25, 2013. The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2014          By: /s/JOSEPH D. OLSEN
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Davis Funds Stock Portfolio | 1229-000 | 9,442.85 |
| **TOTAL GROSS RECEIPTS** | | **$9,442.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,694.29 | 1,694.29 | 1,694.29 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 39.39 | 39.39 | 39.39 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 442.00 | 442.00 | 442.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.11 | 13.11 | 13.11 |

**UST Form 101-7-TDR (10/1/2010)**

Case 13-83944 Doc 27 Filed 08/15/14 Entered 08/15/14 11:30:39 Desc Main
Document Page 4 of 7

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 14.45 | 14.45 | 14.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,213.24** | **$2,213.24** | **$2,213.24** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,301.65 | 2,301.65 | 929.01 |
| 2 | US DEPT OF EDUCATION | 7100-000 | N/A | 8,624.43 | 8,624.43 | 3,481.05 |
| 3 | GE Capital Retail Bank | 7100-000 | N/A | 99.15 | 99.15 | 40.02 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,394.38 | 3,394.38 | 1,370.06 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,492.00 | 3,492.00 | 1,409.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $17,911.61 | $17,911.61 | $7,229.61 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83944  
**Case Name:** ARNSWALD, JON M  
ARNSWALD, ROSE A  
**Period Ending:** 07/15/14

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/25/13 (f)  
**§341(a) Meeting Date:** 12/27/13  
**Claims Bar Date:** 04/29/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account with Bank of America | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | Savings account with Bank of America | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods; TV, DVD player, TV stand, stere | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, costume jewelry, wedding bands | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension w/ Employer/Former Employer - 100% Exemp | 80,000.00 | 0.00 | | 0.00 | FA |
| 9 | IRA with bank of America - 100% Exempt. | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | Pension w/ Employer/Former Employer - 100% Exemp | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | Davis Funds Stock Portfolio (u) | 8,662.00 | 9,442.85 | | 9,442.85 | FA |
| 12 | Anticipated 2013 tax refunds | 4,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Chevrolet Impala with over 170,000 miles | 950.00 | 0.00 | | 0.00 | FA |
| 14 | 2005 Jeep Grand Cherokee with over 110,000 miles | 5,100.00 | 0.00 | | 0.00 | FA |
| 15 | Family Pets/Animals. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Entered in error - duplicate to #11 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 5828 Landcaster Circle - residence | 200,000.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$312,862.00** | **$9,442.85** | | **$9,442.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2014          **Current Projected Date Of Final Report (TFR):**     May 2, 2014  (Actual)

Printed: 07/15/2014 09:51 AM     V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-83944 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ARNSWALD, JON M | | Bank Name: | Rabobank, N.A. |
| | ARNSWALD, ROSE A | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***2960 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 07/15/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/06/14 | {11} | Rose and Jon Arnswald | Turnover of stock portfolio | 1229-000 | 9,442.85 | | 9,442.85 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,432.85 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.11 | 9,419.74 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.45 | 9,405.29 |
| 06/10/14 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $442.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 442.00 | 8,963.29 |
| 06/10/14 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,694.29, Trustee Compensation;  Reference: | 2100-000 | | 1,694.29 | 7,269.00 |
| 06/10/14 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $39.39, Trustee Expenses;  Reference: | 2200-000 | | 39.39 | 7,229.61 |
| 06/10/14 | 104 | Discover Bank | Dividend paid 40.36% on $2,301.65; Claim# 1; Filed: $2,301.65; Reference: | 7100-000 | | 929.01 | 6,300.60 |
| 06/10/14 | 105 | US DEPT OF EDUCATION | Dividend paid 40.36% on $8,624.43; Claim# 2; Filed: $8,624.43; Reference: | 7100-000 | | 3,481.05 | 2,819.55 |
| 06/10/14 | 106 | GE Capital Retail Bank | Dividend paid 40.36% on $99.15; Claim# 3; Filed: $99.15; Reference: | 7100-000 | | 40.02 | 2,779.53 |
| 06/10/14 | 107 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#4,5 | | | 2,779.53 | 0.00 |
| | | | Dividend paid 40.36%   1,370.06 on $3,394.38;  Claim# 4; Filed: $3,394.38 | 7100-000 | | | 0.00 |
| | | | Dividend paid 40.36%   1,409.47 on $3,492.00;  Claim# 5; Filed: $3,492.00 | 7100-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 9,442.85 | 9,442.85 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,442.85 | 9,442.85 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,442.85** | **$9,442.85** | |

{} Asset reference(s)

Printed: 07/15/2014 09:51 AM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-83944  
**Case Name:** ARNSWALD, JON M  
ARNSWALD, ROSE A  
**Taxpayer ID #:** **-***2960  
**Period Ending:** 07/15/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   9,442.85  
Net Estate :   $9,442.85  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1566 | 9,442.85 | 9,442.85 | 0.00 |
|  | $9,442.85 | $9,442.85 | $0.00 |

{} Asset reference(s)    Printed: 07/15/2014 09:51 AM    V.13.15